IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CRIMINAL NO. *18-30052-MJR* |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Title 18, |
| | ) | United States Code, |
| | ) | Sections 922(g)(1), 2, 924(b), |
| JOSEPH J. DECKER and | ) | 924(a)(2), and 922(j) |
| KRYSTAL R. HOWERTON, | ) | |
| | ) | |
| Defendants. | ) | |

**FILED**

**INDICTMENT**

MAR 21 2018

**THE GRAND JURY CHARGES:**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## COUNT 1

### POSSESSION OF A FIREARM BY A FELON

On or about December 27, 2017, in Monroe County, Illinois, within the Southern District

of Illinois,

**JOSEPH J. DECKER,**

defendant herein, who has been convicted in a Utah court of a felony offense did knowingly

possess in or affecting commerce a Century Arms .308 caliber rifle, serial number C49150 and a

Stevens Arms 1929 .410 Bore shotgun, serial number 717U, in violation of Title 18, United

States Code, Section 922(g)(1) and 924(a)(2).

## COUNT 2

### POSSESSION OF A FIREARM BY A FELON

On or about December 29, 2017, in Monroe County, Illinois, within the Southern District

of Illinois,

**JOSEPH J. DECKER,**

defendant herein, who has been convicted in a Utah court of a felony offense did knowingly

1

possess in or affecting commerce a Marlin Golden 39AS .22 caliber rifle, serial number

13250786, in violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

## COUNT 3

### POSSESSION OF A FIREARM BY A FELON

On or about December 30, 2017, in Monroe County, Illinois, within the Southern District

of Illinois,

## JOSEPH J. DECKER,

defendant herein, who has been convicted in a Utah court of a felony offense did knowingly

possess in or affecting commerce a Remington Arms 770 7mm rifle, serial number 71532216,

and an El Faisan .410 Bore shotgun, serial number 71881, in violation of Title 18, United States

Code, Section 922(g)(1) and 924(a)(2).

## COUNT 4

### TRANSPORTING A FIREARM WITH KNOWLEDGE A FELONY IS TO BE COMMITTED

On or about December 30, 2017, in Monroe County, Illinois, within the Southern District

of Illinois,

## KRYSTAL R. HOWERTON,

defendant herein, did knowingly transport a firearm in interstate commerce, specifically a

Remington Arms 770 7mm rifle, serial number 71532216, and an El Faisan .410 Bore shotgun,

serial number 71881, with reasonable cause to believe that a felony was to be committed

therewith, in violation of Title 18, United States Code, Section 924(b).

## COUNT 5

### AIDING AND ABETTING A FELON IN POSSESSION OF A FIREARM

On or about December 30, 2017, in Monroe County, Illinois, within the Southern District

of Illinois,

## KRYSTAL R. HOWERTON,

defendant herein, unlawfully, intentionally, and knowingly aided Joseph J. Decker, who had previously been convicted of a felony punishable by imprisonment for a term exceeding one year, of knowingly possessing, in and affecting commerce, a firearm, specifically, a Remington Arms 770 7mm rifle, serial number 71532216, and an El Faisan .410 Bore shotgun, serial number 71881, in violation of Title 18, United States Code, Sections 922(g)(1) and 2.

## COUNT 6

### POSSESSION OF A STOLEN FIREARM

On or about December 30, 2017, in Monroe County, Illinois, within the Southern District of Illinois,

### KRYSTAL R. HOWERTON,

defendant herein, knowingly possessed or stored a stolen firearm, a Remington Arms 770 7mm rifle, serial number 71532216, and an El Faisan .410 Bore shotgun, serial number 71881, which was moving as, was part of, and which constituted interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Section 922(j) and 924(a)(2).

A TRUE BILL.

LAURA V. REPPERT
Assistant United States Attorney

DONALD S. BOYCE
United States Attorney

Recommended Bond:
Decker: Detention
Howerton: $10,000 unsecured bond

3